No. 93–1647. IN RE VOINOVICH, GOVERNOR OF OHIO, ET AL.; and

No. 93–8212. IN RE PRESLEY. Petitions for writs of mandamus denied.

No. 93–1660. ARIZONA v. EVANS. Sup. Ct. Ariz. Motion of respondent for leave to proceed *in forma pauperis* without an affidavit of indigency executed by respondent granted. Certiorari granted.

No. 93–1196. DE MAIO v. BROWN ET AL. Cir. Ct. Baltimore County, Md. Certiorari denied.

No. 93–1307. KANSAS PUBLIC EMPLOYEES RETIREMENT SYSTEM v. REIMER & KOGER ASSOCIATES, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–1365. SAMMETT CORP. v. KEY ENTERPRISES OF DELAWARE, INC. C. A. 11th Cir. Certiorari denied.

No. 93–1384. DOWNTOWN FRANKFORT, INC., ET AL. v. CAPITAL AREA RIGHT TO LIFE, INC. Sup. Ct. Ky. Certiorari denied.

No. 93–1405. PARLAVECCHIO v. UNITED STATES (two cases). C. A. 3d Cir. Certiorari denied.

No. 93–1407. PEARSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1436. HENRY, INDIVIDUALLY AND ON BEHALF OF CHANRY COMMUNICATIONS, LTD. v. WETZLER, COMMISSIONER, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, ET AL. Ct. App. N. Y. Certiorari denied.